**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 11-cr-00128-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.     JEFFREY STARKS,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that, pursuant to request of counsel, the sentencing hearing regarding Defendant Starks set **Thursday, December 1, 2011 is VACATED and RESET for Friday, November 18, 2011 at 11:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: November 8, 2011