**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 11-cr-00128-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.    ELON ROBINSON,

    Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendant's Unopposed Motion to Continue Sentencing (Doc 98 - filed November 28, 2011) is **GRANTED**.

    This will confirm that the sentencing hearing regarding Defendant Robinson set **Friday, December 2, 2011 is VACATED and RESET for Friday, January 20, 2012 at 10:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendants must be present.

Dated: November 29, 2011