IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00128-LTB-03

United States of America,

     Plaintiff,

v.

3.    ELON ROBINSON,

     Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to dismiss the Indictment in the above-entitled matter as to this defendant only, and the Court having considered the same,

IT IS HEREBY ORDERED that the Indictment in the above-captioned matter as to this defendant only is dismissed.

SO ORDERED this 20th day of January, 2012.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              LEWIS T. BABCOCK
                              SENIOR UNITED STATES DISTRICT JUDGE
                              UNITED STATES DISTRICT COURT

                              DISTRICT OF COLORADO