IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00128-LTB-03

United States of America,

       Plaintiff,

v.

3.     ELON ROBINSON,

       Defendant.

---

**ORDER**

---

Upon the government's motion regarding acceptance of responsibility pursuant to §3E1.1 and having come before the Court and the Court being fully advised:

IT IS HEREBY ORDERED that the defendant has accepted responsibility, but the awarding of points for acceptance of responsibility is irrelevant to the guideline range.

SO ORDERED this __20th__ day of __January__, 2012.

BY THE COURT:


    s/Lewis T. Babcock
LEWIS T. BABCOCK
SENIOR UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO